Dwayne MILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. 62575.

Missouri Court of Appeals,
Eastern District,
Division One.

June 15, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 14, 1993.

Application to Transfer Denied Aug. 17, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing after he pleaded guilty to two counts of second degree murder. After reviewing the record, we find the motion court did not clearly err in such denial. Rule 84.16(b)(2).

No precedential purpose would be served by a written opinion in this matter. Therefore, we dispose of it by summary order. Rule 84.16(b). The parties have been provided a memorandum, for their use only, setting forth our reasons for this decision.

Lawrence PAYNE, Appellant,

v.

STATE of Missouri, Respondent.

No. 62073.

Missouri Court of Appeals,
Eastern District,
Division One.

June 15, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 14, 1993.

Application to Transfer Denied Aug. 17, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

We find the motion court did not clearly err in denying Defendant's Rule 27.26 (repealed) motion for post-conviction relief. Rule 27.26(j). We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued for the parties' use only.